**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION**

| | |
|---|---|
| **NICHOLAS COOPER**, **ENRIQUEZ JOHNSON**, and **DEDRICK STRAIN**,<br><br>        Plaintiffs,<br><br>v.<br><br>**THOMAS & BETTS CORPORATION** and **TRINITY MEYER UTILITY STRUCTURES, LLC**,<br><br>        Defendants. | **Civil Case No.: 0:16-cv-02537-JFA-PJG** |

### <u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Nicholas Cooper, Enriquez Johnson, and Dedrick Strain, and Defendants Thomas & Betts Corporation and Trinity Meyer Utility Structures, LLC hereby file this Stipulation of Dismissal signed by all parties who have appeared. Plaintiffs dismiss their claims with prejudice, and each party shall be responsible for his or its own attorney's fees and expenses.

Dated: June 9, 2017

(SINGATURE PAGE FOLLOWS)

Respectfully Submitted,

By /s/ Bill Nettles
Bill Nettles (Fed ID No. 6586)
**LAW OFFICE OF BILL NETTLES**
2008 Lincoln Street
Columbia, SC 29201
(Telephone) 803.814.2826
bill@billnettleslaw.com

*Local Counsel for Plaintiffs*


By /s/ Rebecca Houlding
Rebecca Houlding, Esq.
Jesse Centrella, Esq.
**FRIEDMAN & HOULDING, LLP.**
1050 Seven Oaks Lane
Mamaroneck, NY 10543
(Telephone) 888-369-1119 x 5
(Facsimile) 866-731-5553
rebecca@joshuafriedmanesq.com
jesse@joshuafriedmanesq.com

*Admitted* Pro Hac Vice *on Behalf of Plaintiffs*

By /s/ William L. Duda
William L. Duda (Fed ID No. 7740)
Christopher R. Thomas (Fed ID No. 11793)
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
First Base Building
2142 Boyce Street, Suite 401
Columbia, SC 29201
(Telephone) 803.252.1300
(Facsimile) 803.254.6517
bill.duda@ogletreedeakins.com

*Attorney for Defendant Trinity Meyer Utility Structure, LLC*

By /s/ Rebecca Lafitte
Rebecca Laffitte (Fed ID No. 1036)
J. Michael Montgomery (Fed ID No. 10290)
**SOWELL GRAY ROBINSON STEPP & LAFFITTE, LLC**
1310 Gadsden Street Columbia, SC 29201 (Telephone)
803.929.1400 (Facsimile) 803.929.0300
rlaffitte@sowellgray.com mmontgomery@sowellgray.com
*Local Counsel for Defendant T&B*

By /s/ Jonathan C. Hancock
Jonathan C. Hancock
Steven W. Fulgham
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
(Telephone) 901.577.2386
jhancock@bakerdonelson.com
sfulgham@bakerdonelson.com

*Admitted* Pro Hac Vice *on Behalf of T&B*

**Certificate of Service**

I hereby certify that on June 9, 2017, I will electronically file the foregoing Stipulation of Dismissal with Prejudice with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.


Dated: June 9, 2017


By /s/ Bill Nettles
Bill Nettles, Esq.